**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| GODWIN AGBIM,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HWAT, Inc. d/b/a Choice Home Warranty,<br><br>　　　　Defendant. | Case No. 4:21-cv-01861 |

**NOTICE OF RESOLUTION**

　　　Plaintiff Godwin Agbim ("Plaintiff"), for himself and on behalf of Defendant "HWAT, Inc. d/b/a Choice Home Warranty" (individually, "Defendant" and together with Plaintiff, the "Parties"), with Defendant's notice and permission, hereby informs the Court that the Parties have reached a tentative resolution of their differences and disputes in the above-captioned matter. The Parties anticipate that a notice of voluntary dismissal will be filed by Plaintiff in the next sixty (60) days. In the meantime, the Parties respectfully request that the Court vacate all pending deadlines and stay the case, and that the Court retain jurisdiction and not dismiss the matter at this time.

Dated: December 6, 2021　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By:  /s/ Jacob U. Ginsburg

　　　　　　　　　　　　　　　　　　　　　　Jacob U. Ginsburg
　　　　　　　　　　　　　　　　　　　　　　**KIMMEL & SILVERMAN, PC**
　　　　　　　　　　　　　　　　　　　　　　30 East Butler Pike
　　　　　　　　　　　　　　　　　　　　　　Ambler, PA 19002
　　　　　　　　　　　　　　　　　　　　　　Phone: 215-540-8888
　　　　　　　　　　　　　　　　　　　　　　Email: jginsburg@creditlaw.com

　　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

- 2 -

## **CERTIFICATE OF SERVICE**

I hereby certify that, on December 6, 2021, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic docket.

/s/ *Jacob U. Ginsburg*
Jacob U. Ginsburg