UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

**GODWIN AGBIM**,

        Plaintiff,

v.

**CHOICE HOME WARRANTY**

        Defendant.

Case No. 4:21-cv-01861

**STIPULATION OF DISMISSAL**

    Plaintiff, Godwin Agbim, and defendant Choice Home Warranty., by and through their respective attorneys, **HEREBY STIPULATE AND AGREE**, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is dismissed with prejudice as to the claims of Plaintiff Godwin Agbim against defendant Choice Home Warranty with each side bearing its own fees and costs.

    **IT IS SO STIPULATED.**

Dated: March 29, 2022

**KIMMEL & SILVERMAN, P.C.**

By:   *Jacob U. Ginsburg*
        Jacob U. Ginsburg
       *Attorneys for Plaintiff*


**MANATT, PHELPS, & PHILLIPS LLA**

By:   *A. Paul Heeringa*
       A. Paul Heeringa


**MANATT, PHELPS, & PHILLIPS LLA**

By:   *Richard S. Hartunian*
       Richard S. Hartunian

*Attorneys for Defendant*